## Commonwealth *v.* Warner, Appellant.

Submitted March 10, 1975. *Hugh S. Rebert,* Assistant Public Defender, for appellant; *Richard H. Horn,* Assistant District Attorney, *Morrison B. Williams,* Deputy District Attorney, and *Donald L. Reihart,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Winchell, Appellant.

Submitted March 10, 1975. *Thomas C. Zerbe, Jr.,* Assistant Public Defender, for appellant; *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.